IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| ALVIN BELL CEASEAR, #136863 | § | PETITIONER |
| | § | |
| v. | § Civil Action NO. 1:10cv521-LG-RHW | |
| | § | |
| RON KING, | § | |
| Superintendent of SMCI | § | RESPONDENT |

CERTIFICATE OF APPEALABILITY

A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court or a proceeding pursuant to 28 U.S.C. § 2255, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts,  hereby finds that:

_____x_  A Certificate of Appealability should not issue.  The applicant has failed to make a substantial showing of the denial of a constitutional right.

___  A Certificate of Appealability should issue for the following specific issue(s):

**SO ORDERED AND ADJUDGED** this the 5th day of August, 2011.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
CHIEF U.S. DISTRICT JUDGE